# 1255-14

## ELECTRONIC RECORD

COA # 14-13-00171-CR

OFFENSE: Murder

STYLE: Rodolfo Jesus Morales v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 179th District Court

DATE: July 17, 2014   Publish: No

TC CASE #:1100375

---

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Rodolfo Jesus Morales v The State of Texas

CCA # _____

_____PRO SE_____ Petition

CCA Disposition: **1255-14**

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____REFUSED_____

JUDGE: _____

DATE: __12/17/2014__

SIGNED: _____   PC: _____

JUDGE: __Per Curiam__

PUBLISH: _____   DNP: _____

---------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**